# UNITED STATES DISTRICT COURT

for the

## District Of Oregon

## Portland Division

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| **Wilmore Lee Washington, III** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.:** |
| | ) | **3:21-cv-01032-YY** |
| v. | ) | |
| | ) | |
| **Farmington Estates Owners Association;** | ) | |
| **Northwest Community Management, LLC;** | ) | |
| **Sara Berg;** | ) | |
| **Michael Orrantia;** | ) | |
| **Katie Patterson;** | ) | |
| **Brian Hess;** | ) | |
| **Jennifer Layton,** | ) | |
| **The Management Trust;** | ) | |
| **Natalie Seibel;** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DECLARATION OF EVIDENCE

I, Wilmore Lee Washington, III, hereby declare:

1. I am over the age of 18 and have personal knowledge of the matters stated herein.

2. Exhibit-1 is the true and correct copy of the Excerpt from the official court transcript of proceedings on spoliation hearing of January 29,2025, and I received the transcript from the court, Document 232.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.**

July 28, 2026.                                    Respectfully Submitted,

_____

Wilmore L Washington
Plaintiff, Pro Se